UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JASMINE VIOLA PLUNKETT,<br><br>　　　　　　Defendant. | Case No.: ED18-0077M<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

　　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

　　　　Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)　The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

　　(X)　information in the Pretrial Services Report and Recommendation

　　(X)　information in the violation petition and report(s)

　　( )　the defendant's nonobjection to detention at this time

　　(X)　other: Allegation of absconding from supervision

1

| | | |
|---|---|---|
|1| |Alleged immigration status, criminal history|
|2| |and/ or|
|3|B. (X)|The defendant has not met his/her burden of establishing by clear and|
|4| |convincing evidence that he/she is not likely to pose a danger to the safety|
|5| |of any other person or the community if released under 18 U.S.C.|
|6| |§ 3142(b) or (c). This finding is based on the following:|
|7| |(x)   information in the Pretrial Services Report and Recommendation|
|8| |(x)   information in the violation petition and report(s)|
|9| |( )   the defendant's nonobjection to detention at this time|
|10| |(x)   other: <u>extemsive criminal history</u>|

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: March 2, 2018

_____
KENLY KIYA KATO
United States Magistrate Judge